IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-05582 <br><br> **Judge Ronald A. Guzman** <br><br> **Magistrate Judge Sheila M. Finnegan** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiffs Sega Corporation and Sega of America, Inc. ("Sega" or "Plaintiffs") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Sega's Motion in part as follows.

This Court finds Sega has provided notice to Defendants in accordance with the Temporary Restraining Order entered October 18, 2022, [19] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Sega has provided a basis to

---

[1] The e-commerce store urls are listed on Schedule A hereto.

conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Sega's federally registered trademarks (the "Sonic Trademarks") and products bearing unauthorized copies of Sega's copyrighted works, which have been filed under seal as Exhibit 2 to the Complaint (the "Sonic Copyrighted Works"), to residents of Illinois. In this case, Sega has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Sonic Trademarks and/or bearing unauthorized copies of the Sonic Copyrighted Works. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Sonic Trademarks and/or unauthorized copies of the Sonic Copyrighted Works.

      This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Sega's previously granted Motion for Entry of a TRO establishes that Sega has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Sega will suffer irreparable harm if the injunction is not granted.

      Specifically, Sega has proved a *prima facie* case of trademark infringement because (1) the Sonic Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to

use any of the Sonic Trademarks, and (3) Defendants' use of the Sonic Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Sega. Sega has also proved a prima facie case of copyright infringement because it has demonstrated that (1) Sega is the owner of its valid and enforceable Sonic Copyrighted Works, and (2) Defendants, without any authorization from Sega, or any right under law, have deliberately copied, displayed, distributed, reproduced, and/or made derivative works incorporating the Sonic Copyrighted Works on the Seller Aliases and the corresponding Unauthorized Products. Furthermore, Defendants' continued and unauthorized use of the Sonic Trademarks and copying Sonic Copyrighted Works irreparably harms Sega through diminished goodwill and brand confidence, damage to Sega's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Sega has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Sonic Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Sega product or not authorized by Sega to be sold in connection with the Sonic Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Sonic Copyrighted Works in any manner without the express authorization of Sega;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Sega product or any other product produced by Sega, that is not Sega's or not

       produced under the authorization, control, or supervision of Sega and approved by Sega for sale under the Sonic Trademarks;

    d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Sega, or are sponsored by, approved by, or otherwise connected with Sega; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Sega, nor authorized by Sega to be sold or offered for sale, and which bear any of Sega's trademarks, including the Sonic Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the Sonic Copyrighted Works.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Sega's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Fruugo.com ("Fruugo"), and SaraMart Limited ("SaraMart") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Sega expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

4

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Wish.com, Fruugo, SaraMart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Sega's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Sonic Trademarks and/or which bear the Sonic Copyrighted Works.

5. Any Third Party Providers, including PayPal, Wish.com, Fruugo, and SaraMart, shall, within seven (7) calendar days of receipt of this Order:

      a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

      b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Sega may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiffs' Complaint [5] including Exhibits 1 and 2 and Schedule A [2]-[4], Plaintiffs' Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery [13] and accompanying supporting memorandum, declarations, and exhibits, including screenshot printouts

showing the Defendants' infringement of the Sonic Trademarks and/or Sonic Copyrighted Works [14]-[15], Plaintiffs' Notice of Claims Involving Trademarks [8], Plaintiffs' Notification of Affiliates [6], and the TRO [19] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $10,000 bond posted by Sega shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Ronald A. Guzman
United States District Judge

Dated: 11/15/2022

**Sega Corporation and Sega of America, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 22-cv-05582**

# Schedule A

| No. | Seller Alias | URL |
|---|---|---|
| 1 | Shenzhen Fengbo Trading | https://www.fruugo.us/search?merchantId=14442 |
| 2 | Shenzhenshixiaoxiannvkejiyouxiangongsi | https://www.fruugo.us/search?merchantId=14634 |
| 3 | Akking Industrial Trading | https://www.fruugo.us/search?merchantId=14669 |
| 4 | Beijing Hui Xin Zhi Xiang Shangmao Youxian Gongsi | https://www.fruugo.us/search?merchantId=13810 |
| 5 | Binhaijiuyashangmaoyouxiangongsi | https://www.fruugo.us/search?merchantId=13493 |
| 6 | Breathless Ink (Guangzhou) Trading | https://www.fruugo.us/search?merchantId=14592 |
| 7 | Cai Jiedong Electronic Product | https://www.fruugo.us/search?merchantId=14325 |
| 8 | Chang Sha Shi Kan Dian Zi Ke Ji You Xian Gong Si | https://www.fruugo.us/search?merchantId=15568 |
| 9 | Changsha Lulang Information Technology | https://www.fruugo.us/search?merchantId=13689 |
| 10 | Changshashi handuoshangmao youxiangongsi | https://www.fruugo.us/search?merchantId=13448 |
| 11 | Chen Yongmin Electronic Product Management Department | https://www.fruugo.us/search?merchantId=14323 |
| 12 | Chengde Jiubo Electronic Commerce | https://www.fruugo.us/search?merchantId=14481 |
| 13 | Chengdu Songdengyi Clothing | https://www.fruugo.us/search?merchantId=14924 |
| 14 | Chengduruixuefengkejiyouxiangongsi | https://www.fruugo.us/search?merchantId=15643 |
| 15 | Chengdushi Yangfeiyushangmaoyouxiangongsi | https://www.fruugo.us/search?merchantId=14938 |
| 16 | Chengdusijinshangmaoyouxiangongsi | https://www.fruugo.us/search?merchantId=14937 |
| 17 | DISMISSED | DISMISSED |
| 18 | Dalian Guyinjiang Building Decoration Engineering | https://www.fruugo.us/search?merchantId=15142 |
| 19 | Dangshan Songyuanxia E-commerce | https://www.fruugo.us/search?merchantId=13213 |
| 20 | Dewenwils Network Technology | https://www.fruugo.us/search?merchantId=15035 |
| 21 | Dongguan Guohe Maoyi Youxiangongsi | https://www.fruugo.us/search?merchantId=15216 |

| | | |
|---|---|---|
| 22 | Dongguan Landai Electronic Technology | https://www.fruugo.us/search?merchantId=14207 |
| 23 | Dongguan Yide Keji Youxian Gongsi | https://www.fruugo.us/search?merchantId=14960 |
| 24 | Dongguan Yushengshiye Youxiangongsi | https://www.fruugo.us/search?merchantId=13031 |
| 25 | Dongguanshi Zhibai Dianzishangwu Youxiangongsi | https://www.fruugo.us/search?merchantId=15213 |
| 26 | Donguan Shi Wangniudun Xiaolin Fu Zhuang Dian | https://www.fruugo.us/search?merchantId=15074 |
| 27 | Fangnuo Hardware Processing Shop | https://www.fruugo.us/search?merchantId=14326 |
| 28 | Fuyuekejifazhan (Shanghai) Youxiangongsi | https://www.fruugo.us/search?merchantId=14489 |
| 29 | Fuzhou Dengfenglai Information Technology | https://www.fruugo.us/search?merchantId=13905 |
| 30 | Guang Zhou Hou Zhi Gong Ying Lian Guan Li You Xian Gong Si | https://www.fruugo.us/search?merchantId=14020 |
| 31 | Guangzhou Baihe Yunjian Trade Center | https://www.fruugo.us/search?merchantId=13755 |
| 32 | Guangzhou Fangqin Trading | https://www.fruugo.us/search?merchantId=14250 |
| 33 | Guangzhou Haiyangxin Shengwu Keji Youxiangongsi | https://www.fruugo.us/search?merchantId=14932 |
| 34 | Guangzhou Jiaming Trading | https://www.fruugo.us/search?merchantId=14377 |
| 35 | Guangzhou Lianqi Dianzi Kejiyouxiangongsi | https://www.fruugo.us/search?merchantId=14920 |
| 36 | Guangzhou Paiminsi Express | https://www.fruugo.us/search?merchantId=14531 |
| 37 | Guangzhou Taopai Department Store Center | https://www.fruugo.us/search?merchantId=13752 |
| 38 | Guangzhou Weiwei Trading | https://www.fruugo.us/search?merchantId=14458 |
| 39 | Guangzhoufuhanjiajuyongpinyouxiangongsi | https://www.fruugo.us/search?merchantId=14422 |
| 40 | Guangzhourongjunwangluokejiyouxiangongsi | https://www.fruugo.us/search?merchantId=13726 |
| 41 | DISMISSED | DISMISSED |
| 42 | Guangzhouwutingmaoyiyouxiangongsi | https://www.fruugo.us/search?merchantId=14767 |
| 43 | Gusu District Tutan Trading Firm | https://www.fruugo.us/search?merchantId=15363 |
| 44 | Hailunshihuitengshangmaoyouxiangongsi | https://www.fruugo.us/search?merchantId=13494 |
| 45 | Hang Zhou Gang Ta Jia Ju Shi Pin You Xian Gong Si | https://www.fruugo.us/search?merchantId=15577 |

| | | |
|---|---|---|
| 46 | Hangzhou Jielin Gongyinglian Youxiangongsi | https://www.fruugo.us/search?merchantId=13591 |
| 47 | Hangzhou Qiantong Dianzishangwu Youxiangongsi | https://www.fruugo.us/search?merchantId=13339 |
| 48 | Hangzhou Zhuxingmaoyi Youxiangongsi | https://www.fruugo.us/search?merchantId=13013 |
| 49 | He Fei Mao An Shang Mao You Xian Gong Si | https://www.fruugo.us/search?merchantId=14844 |
| 50 | Hefei Gelinruier Network Technology Youxiangongsi | https://www.fruugo.us/search?merchantId=14628 |
| 51 | DISMISSED | DISMISSED |
| 52 | Henan Jize Enterprise Management Consulting | https://www.fruugo.us/search?merchantId=14329 |
| 53 | Hubei Wangfu Trade Service | https://www.fruugo.us/search?merchantId=13699 |
| 54 | Huizhou Huanhai Technology | https://www.fruugo.us/search?merchantId=15279 |
| 55 | Huizhou Ruichangda Technology | https://www.fruugo.us/search?merchantId=15041 |
| 56 | Jieyang City Rongcheng Zhehan E-commerce Firm | https://www.fruugo.us/search?merchantId=14263 |
| 57 | Lanxi Julong Electronic Commerce | https://www.fruugo.us/search?merchantId=14881 |
| 58 | Lechangmiaomushanmaoyiyouxiangongsi | https://www.fruugo.us/search?merchantId=13797 |
| 59 | Lehasiwangluokejiyouxiangongsi | https://www.fruugo.us/search?merchantId=14942 |
| 60 | Lin Lewei Toy Shop | https://www.fruugo.us/search?merchantId=14324 |
| 61 | LiXinXian HuiTaiShiPin ShangMao YouXian GongSi | https://www.fruugo.us/search?merchantId=14614 |
| 62 | Lvhua Electronic Product Management Department | https://www.fruugo.us/search?merchantId=14261 |
| 63 | Nan Tong You Hao Wang Luo Ke Ji You Xian Gong Si | https://www.fruugo.us/search?merchantId=14874 |
| 64 | Nanfangyu (Shenzhen) Guojimaoyiyouxiangongsi | https://www.fruugo.us/search?merchantId=13312 |
| 65 | Nantong Lunyang Trading | https://www.fruugo.us/search?merchantId=14306 |
| 66 | Nantongwuniufangzhipinyouxiangongsi | https://www.fruugo.us/search?merchantId=14832 |
| 67 | Nanyangjinshizhuanshangmaoyouxiangongsi | https://www.fruugo.us/search?merchantId=15104 |
| 68 | Ningbo Baiouqiang Trading | https://www.fruugo.us/search?merchantId=13913 |
| 69 | Ningbo Shucheng Import and Export Trade | https://www.fruugo.us/search?merchantId=13934 |
| 70 | Putian Weiyang Trade | https://www.fruugo.us/search?merchantId=13000 |

| | | |
|---|---|---|
| 71 | Qingdao Tianyutuweimaoyiyouxiangongsi | https://www.fruugo.us/search?merchantId=13348 |
| 72 | DISMISSED | DISMISSED |
| 73 | Qinhuangdao Youde Trading Company | https://www.fruugo.us/search?merchantId=14877 |
| 74 | Shang Hai Lv Mu Shang Mao You Xian Gong Si | https://www.fruugo.us/search?merchantId=14941 |
| 75 | DISMISSED | DISMISSED |
| 76 | Shen Zhen Shi Li Xin De Gong Mao You Xian Gong Si | https://www.fruugo.us/search?merchantId=14805 |
| 77 | Shen Zhen Shi Yu Feng Yi Ke Ji You Xian Gong Si | https://www.fruugo.us/search?merchantId=15682 |
| 78 | Shenzhen Aionia Enterprise Management | https://www.fruugo.us/search?merchantId=14007 |
| 79 | Shenzhen Aisiting Technology | https://www.fruugo.us/search?merchantId=15308 |
| 80 | Shenzhen Baixinhui Trading | https://www.fruugo.us/search?merchantId=14655 |
| 81 | Shenzhen Bei Leda Electronic Commerce | https://www.fruugo.us/search?merchantId=13967 |
| 82 | Shenzhen Binar Technology | https://www.fruugo.us/search?merchantId=13931 |
| 83 | Shenzhen Boyajun Technology | https://www.fruugo.us/search?merchantId=14594 |
| 84 | Shenzhen Darui Electronic Commerce | https://www.fruugo.us/search?merchantId=14980 |
| 85 | Shenzhen Datian Chuangxin Maoyi Youxian Gongsi | https://www.fruugo.us/search?merchantId=15549 |
| 86 | Shenzhen Fuzhongxin Electronics | https://www.fruugo.us/search?merchantId=14449 |
| 87 | Shenzhen Genesis Technology | https://www.fruugo.us/search?merchantId=14595 |
| 88 | Shenzhen Haiweisi Technology | https://www.fruugo.us/search?merchantId=14970 |
| 89 | Shenzhen Hongxinmei Technology Development | https://www.fruugo.us/search?merchantId=13196 |
| 90 | Shenzhen Huafei Trading | https://www.fruugo.us/search?merchantId=13832 |
| 91 | Shenzhen Huanmu Trading | https://www.fruugo.us/search?merchantId=15417 |
| 92 | Shenzhen Jiandarui Technology | https://www.fruugo.us/search?merchantId=15208 |
| 93 | DISMISSED | DISMISSED |
| 94 | Shenzhen Juxin Huicheng Technology | https://www.fruugo.us/search?merchantId=15307 |
| 95 | Shenzhen Kuangbujiao Technology | https://www.fruugo.us/search?merchantId=14484 |
| 96 | Shenzhen Lanke Times Cross-border E-commerce | https://www.fruugo.us/search?merchantId=14021 |
| 97 | Shenzhen Lebanghui Trading | https://www.fruugo.us/search?merchantId=14654 |

| | | |
|---|---|---|
| 98 | Shenzhen Lifeng Electronic Technology | https://www.fruugo.us/search?merchantId=14420 |
| 99 | Shenzhen Longyuntong Technology | https://www.fruugo.us/search?merchantId=15075 |
| 100 | Shenzhen Lvpengcheng Technology | https://www.fruugo.us/search?merchantId=14811 |
| 101 | Shenzhen Matt Zundian Technology | https://www.fruugo.us/search?merchantId=14799 |
| 102 | Shenzhen Minglan Technology | https://www.fruugo.us/search?merchantId=13833 |
| 103 | Shenzhen Qianrui Technology | https://www.fruugo.us/search?merchantId=14554 |
| 104 | Shenzhen Qitian Technology | https://www.fruugo.us/search?merchantId=14929 |
| 105 | Shenzhen Ruixin Puden Technology | https://www.fruugo.us/search?merchantId=13912 |
| 106 | Shenzhen Tianying E-commerce | https://www.fruugo.us/search?merchantId=15007 |
| 107 | Shenzhen Xingyou Star Technology | https://www.fruugo.us/search?merchantId=14438 |
| 108 | Shenzhen Xinhui Jixie Youxiangongsi | https://www.fruugo.us/search?merchantId=14986 |
| 109 | Shenzhen Yangtao Trading | https://www.fruugo.us/search?merchantId=14829 |
| 110 | Shenzhen Yifenghe Trading | https://www.fruugo.us/search?merchantId=13511 |
| 111 | Shenzhen Yitaoju Trading | https://www.fruugo.us/search?merchantId=14645 |
| 112 | Shenzhen Yuantianheng Technology | https://www.fruugo.us/search?merchantId=15177 |
| 113 | Shenzhen Yuyuan Technology | https://www.fruugo.us/search?merchantId=14808 |
| 114 | Shenzhenshi Baoanqu Bishun Shangmaohang | https://www.fruugo.us/search?merchantId=15402 |
| 115 | Shenzhenshi Meimao Technology | https://www.fruugo.us/search?merchantId=15578 |
| 116 | Shenzhenshi Mingjianan Kejiyouxiangongsi | https://www.fruugo.us/search?merchantId=15606 |
| 117 | Shenzhenshi Mitang Fangzhipin Youxiangongsi | https://www.fruugo.us/search?merchantId=15421 |
| 118 | Shenzhenshi Nuoshilan Dianzi Youxian Gongsi | https://www.fruugo.us/search?merchantId=15504 |
| 119 | Shenzhenshi Sinizefushi Youxiangongsi | https://www.fruugo.us/search?merchantId=15037 |
| 120 | Shenzhenshichaohongtaimaoyiyouxiangongsi | https://www.fruugo.us/search?merchantId=15232 |
| 121 | Shenzhenshisimoerdianziyouxiangongsi | https://www.fruugo.us/search?merchantId=14940 |
| 122 | Shenzhenshisitaboruikejiyouxiangongsi | https://www.fruugo.us/search?merchantId=14580 |
| 123 | Shenzhenshiyunjianmaoyiyouxiangongsi | https://www.fruugo.us/search?merchantId=14978 |

| | | |
|---|---|---|
| 124 | Shenzhenshizhenchenggaokejiyouxiangongsi | https://www.fruugo.us/search?merchantId=14766 |
| 125 | DISMISSED | DISMISSED |
| 126 | Shenzhenyasujiajuyongpinyouxiangongsi | https://www.fruugo.us/search?merchantId=15097 |
| 127 | Shenzhouzhangliangwangluokejiyouxiangongsi | https://www.fruugo.us/search?merchantId=14633 |
| 128 | Wuhan Enbisi Electronic Commerce | https://www.fruugo.us/search?merchantId=14740 |
| 129 | Wuhan Yahongshande Network Technology | https://www.fruugo.us/search?merchantId=15209 |
| 130 | Wuhan Ziyouguang Technology | https://www.fruugo.us/search?merchantId=15202 |
| 131 | Wuhan Ziyouguang Technology | https://www.fruugo.us/search?merchantId=15202 |
| 132 | Wuhanshi Shenjingqi Wangluo Keji Youxian Gongsi | https://www.fruugo.us/search?merchantId=14646 |
| 133 | Xi An Shi Gao Xin Qu Lai Ju Ya Bai Huo Dian | https://www.fruugo.us/search?merchantId=13202 |
| 134 | Xinxiang Yali Network | https://www.fruugo.us/search?merchantId=14863 |
| 135 | Xinyu Maoxin Technology | https://www.fruugo.co.uk/search?merchantId=15207 |
| 136 | Xinyushi Feitaokeji Youxiangongsi | https://www.fruugo.us/search?merchantId=15497 |
| 137 | Yi Wu Shi Bei Le Dian Zi Shang Wu You Xian Gong Si | https://www.fruugo.us/search?merchantId=15212 |
| 138 | Yiwushi Ruitong Dianzishangwu Youxiangongsi | https://www.fruugo.us/search?merchantId=13737 |
| 139 | Yiwushi Yunshu Gongyinglian Guanliyouxiangongsi | https://www.fruugo.us/search?merchantId=13701 |
| 140 | Yiwushichenhanshipinyouxiangongsi | https://www.fruugo.us/search?merchantId=14995 |
| 141 | Zhongshan Orange Home Technology | https://www.fruugo.us/search/?q=the+crow&merchantId=15072 |
| 142 | Zhongshan Zhengling Electronic Technology | https://www.fruugo.us/search?merchantId=14276 |
| 143 | Zhoukoushiyuandishangmaoyouxiangongsi | https://www.fruugo.us/search?merchantId=14629 |
| 144 | Xiaobeiber | https://www.saramart.com/shop-39561 |
| 145 | Anime Bag World | https://wish.com/merchant/5842ab71fef4094061849dd0 |
| 146 | Anime Family CY | https://wish.com/merchant/5de64a77ce98c1468a2e1b7c |
| 147 | bigbait | https://www.wish.com/merchant/5d4d51f58388976673e6b6a2 |
| 148 | bodhicitta tara | https://wish.com/merchant/563c97b978bc39378c6cce87 |
| 149 | Calvinyy | https://www.wish.com/merchant/5e986f588aad5426ac56d236 |
| 150 | CAOXINGQIAN43 | https://wish.com/merchant/5ad17b95417cee288dcdc837 |

| 151 | chenenzhou7779 | https://www.wish.com/merchant/5ff66f1e1351e4155a0c7973 |
|---|---|---|
| 152 | chengya288428 | https://wish.com/merchant/581f324196585e0fa6b4add2 |
| 153 | CHENXU1540 | https://www.wish.com/merchant/607fd1007bf22e43512da565 |
| 154 | Creaseteline | https://www.wish.com/merchant/5f606aeb238df1701fd39171 |
| 155 | createtime | https://wish.com/merchant/5d569d562736783d156ddf78 |
| 156 | dengtiantianshop | https://www.wish.com/merchant/5e82fcea1c0085c540635ee0 |
| 157 | DXR | https://wish.com/merchant/5d3fa91fe13a7e3f41bf050d |
| 158 | ELIM fashion store | https://www.wish.com/merchant/550ab2be8e8def0b2c654d4b |
| 159 | enugot | https://wish.com/merchant/5e96767a78e66802d2850f6f |
| 160 | eringtybv | https://wish.com/merchant/5e478505fba61942bfa95b8d |
| 161 | Forest Demon | https://wish.com/merchant/5dc3caca488db51148118fd0 |
| 162 | gaosongppfz | https://wish.com/merchant/5acb58956be8734729117321 |
| 163 | GBmd | https://wish.com/merchant/5521f50a844f9c44d6c7a07c |
| 164 | Good boutique hat shop | https://www.wish.com/merchant/56dfe2b0e92d211697900253 |
| 165 | Guizizijie Bags | https://wish.com/merchant/5de75da94c9c820a00c2112d |
| 166 | Guocheng_long | https://wish.com/merchant/5d569252cf6503245e7fd6ea |
| 167 | hcaiyun | https://wish.com/merchant/5e8724deb67d44aec0b3945b |
| 168 | Hello fashion store | https://www.wish.com/merchant/5512b0d98e8def07a462e1d7 |
| 169 | helmmacyxksm | https://wish.com/merchant/5e4672ac29e7861cc0187078 |
| 170 | Honesty lee | https://www.wish.com/merchant/569a5d2f11c8d25fb4054e5e |
| 171 | huangqianshan | https://wish.com/merchant/5881ef28dae1265bb580624c |
| 172 | hwqlanskdaokjz | https://wish.com/merchant/60506baea4493f55741102c4 |
| 173 | jhzjl37shop | https://wish.com/merchant/5f7c3faf641706dd892df725 |
| 174 | jiangdan667788 | https://wish.com/merchant/5ffbfdfb649a82949e8a6121 |
| 175 | kxme28shop | https://wish.com/merchant/5ea79be9b35a434c0c56a7df |
| 176 | laoNianYangYuZhi | https://wish.com/merchant/5ac9b54f1843543c84f04e40 |
| 177 | LiaOMieHUa | https://wish.com/merchant/5ad2b8a854bd092b95eafdc7 |
| 178 | lingjundexiaodian | https://wish.com/merchant/5d527d49152754368c5fe129 |
| 179 | Liuxiyang0827 | https://wish.com/merchant/5fd709525cb0081018911782 |
| 180 | mammal ma | https://wish.com/merchant/5d4c27ec1d9a8e3b979a53dc |
| 181 | Manyuany | https://www.wish.com/merchant/5ee5b80fcd26ea0d80c1a147 |
| 182 | Max and Louie New York | https://wish.com/merchant/60010f7554836d2ada2edae1 |
| 183 | meiyitian | https://wish.com/merchant/5b8e0e6d9996c81e88b74993 |
| 184 | Minliqijian | https://wish.com/merchant/5f9e6636b189b614bfd476ca |
| 185 | mishuf | https://wish.com/merchant/6044a56e035a8320403d7246 |
| 186 | MMTJ | https://wish.com/merchant/5f56ab715a02ce5498a53f2d |
| 187 | mutengteng12345 | https://wish.com/merchant/5e577ba7abaf4a62757da8f4 |
| 188 | Naturerle Skincare | https://wish.com/merchant/5de4830639adf24b0d6af28a |
| 189 | New Moon Shop | https://wish.com/merchant/616e34af3b861d1cf6eb61df |
| 190 | Online shoppingcmf | https://wish.com/merchant/57d38ed3b9f240105285411c |
| 191 | pumenggaizu | https://wish.com/merchant/5f5aeca32892d7f9b2244c72 |
| 192 | Punk style fashion store | https://wish.com/merchant/5555c2252796100e66649edb |
| 193 | pursue dream | https://wish.com/merchant/576bc2cb3a698c086e03c0ff |

| | | |
|---|---|---|
| 194 | Qiumengjia3698 | https://wish.com/merchant/5e563ccd3326be7b9f9c8b0b |
| 195 | SA88 | https://wish.com/merchant/5e7a0871156f9c8ab5bd4f12 |
| 196 | SAC A DOS | https://www.wish.com/merchant/5866439c207d124cb0c228f0 |
| 197 | sadhjasudhyusa | https://wish.com/merchant/5e799ad935692d4f51c0d653 |
| 198 | Saneydy baby's | https://www.wish.com/merchant/5f6805b58cd9d12abd7657f8 |
| 199 | sunjingshopstate | https://www.wish.com/merchant/5e79d485a7357e83d9d26d8e |
| 200 | sunxianweimmj | https://wish.com/merchant/5faa04dc053fa4234c5da8cf |
| 201 | SuperBait | https://www.wish.com/merchant/5d54af576da4e2636aff15d1 |
| 202 | Sweet17 | https://www.wish.com/merchant/5767a7e379a5d67eef0d5cd7 |
| 203 | TAOBOSS STORE | https://wish.com/merchant/576f5ff01118eb74096a5315 |
| 204 | Unforgettable fashion store(factory price) | https://wish.com/merchant/55311a071a8a220c1b804371 |
| 205 | urrive | https://wish.com/merchant/5fa504d51e7c1c730598c019 |
| 206 | Vecipran Mulanbita | https://wish.com/merchant/5e9aa71629e7862b403150f2 |
| 207 | vlddz19shop | https://wish.com/merchant/5e96db228f677406c3fde0a3 |
| 208 | vwddt25shop | https://www.wish.com/merchant/5eb659d2e4a2bd5b3474301b |
| 209 | wangchunfang141618 | https://wish.com/merchant/5dd8eb6029e78614408d8989 |
| 210 | WGHZ Team | https://wish.com/merchant/553236bfd39b0c41e64b7472 |
| 211 | whydiamondpicture | https://wish.com/merchant/5a9943aeb125ab5bc0996757 |
| 212 | WUHAIXIAJIAJIA | https://wish.com/merchant/5ddf883b39adf295826af104 |
| 213 | wuzhaofu7459 | https://wish.com/merchant/5fd3068ba83a0454de3d2c74 |
| 214 | wuzhongjun8747 | https://www.wish.com/merchant/60a362f4ece8310044021fa3 |
| 215 | wwjkxnizusd | https://wish.com/merchant/600a5b88d11c8940626c12cf |
| 216 | xiaojiguoyou | https://wish.com/merchant/5dbe752229e7860480ad966c |
| 217 | xiehongjia2333 | https://www.wish.com/merchant/5d58b17e33f0b4273fbe9420 |
| 218 | Xihuanlike | https://wish.com/merchant/5dabf0a969ce753f4cf66b6c |
| 219 | xinyushini | https://wish.com/merchant/5e9aec1bda2ff2773e42bab8 |
| 220 | xszbqccmh | https://www.wish.com/merchant/60498171d2299a225673ed00 |
| 221 | Xu Xu RuSheng shipin | https://www.wish.com/merchant/5b456f7df049001bb8aad469 |
| 222 | YANGXUAN | https://wish.com/merchant/56477ece3ecc6f129a06d1de |
| 223 | ybqguhnngricpqqd | https://wish.com/merchant/5ed0ab5d197c7a7911a06ed0 |
| 224 | Yiwu boutique outlet store | https://www.wish.com/merchant/594a8e897fe241584f554f5a |
| 225 | Youjupin | https://wish.com/merchant/5f03e71b94b4c82ae8b6ddb7 |
| 226 | yujuntao2880 | https://wish.com/merchant/6140584dc9ba112335de1cf7 |
| 227 | zhangxinshengyanwen | https://www.wish.com/merchant/5e84627ce6f7c93aea9bd4cf |
| 228 | zhuxiangyue5214 | https://wish.com/merchant/5fe6a76ae94aa4b897de3094 |
| 229 | ZYLshoppingmall | https://wish.com/merchant/589bd38bbe0fe7645949310b |