**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHROME HEARTS LLC,

Plaintiff,

v.

BEAUTIFUL EXPECTATION STORE, et al.,

Defendants.

Case No. 22-cv-04487

**Judge Ronald A. Guzman**

**Magistrate Judge Jeffrey Cummings**

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Chrome Hearts LLC ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case, with the exception of Defendant CANIPHA (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "CHROME HEARTS Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the CHROME HEARTS Trademarks. *See* Docket No.[16] and [17], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and counterfeit versions of the CHROME HEARTS Trademarks.

A list of the CHROME HEARTS Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,665,791 | CHROME HEARTS | For: jewelry, belt buckles made of precious metal, key rings made of precious metal, cufflinks, tie fasteners made of precious metal, brooches, necklaces and earrings in class 014.<br><br>For: garment bags for travel, tote bags, shoulder bags, purses and luggage in class 018. |

2

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | For: clothing; namely, shirts, trousers, jackets, vests, chaps, men's and women's underwear, coats, clothing belts, gloves and boots in class 025. <br><br> For: belt buckles not of precious metal and tie fasteners not of precious metal in class 026. |
| 2,192,539 | CHROME HEARTS | For: retail store services in the field of general merchandise in class 042. |
| 5,186,592 | CHROME HEARTS | For: eyewear, namely, eyeglasses, sunglasses, their parts and cases; phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases; pre-recorded CDs and DVDs in the field of music in class 009. |
| 5,186,676 | CHROME HEARTS | For: incense holders in the nature of incense burners in class 021. |
| 4,501,511 | ✠ CHROME HEARTS ✠ | For: retail store services in the fields of general merchandise, namely, clothing, jewelry, handbags, eyewear, toys, furniture and household products in class 035. |
| 4,510,061 | ✠ CHROME HEARTS ✠ | For: jewelry, namely, earrings, rings, bracelets, cuff bracelets, necklaces, pendants, brooches, cuff links, tie fasteners and watch bracelets, key rings of precious metals in class 014. |
| 2,118,026 | CHROME HEARTS | For: leather bags, namely, handbags, back packs, tote bags, shoulder bags, wallets and luggage in class 018. |

3

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | For: men's and women's clothing, namely, pants, shirts, tee shirts, sweaters, jackets, vests, chaps, skirts, belts, underwear, gloves, shoes and boots in class 025. |
| 2,216,570 |  | For: jewelry made wholly or in part of precious metal; namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners in class 014. |
| 2,350,742 |  | For: eyewear; namely, eyeglasses, sunglasses and their cases in class 009. |
| 3,061,598 |  | For: retail store services in the field of general merchandise in class 035. |
| 4,658,582 |  | For: phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases in class 009. |
| 3,657,370 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets, garment bags and luggage in class 018. |
| 2,216,575 |  | For: clothing; namely, tee shirts, shirts, tank tops, pants, chaps jeans, sweaters and jackets in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 2,307,126 |  | For: jewelry made wholly or in part of precious metal, namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners in class 014. |
| 2,375,507 |  | For: bags; namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |
| 2,408,082 |  | For: men's and women's clothing; namely, jeans, leather pants, skirts, jackets, chaps, sweaters, vests, tee-shirts and shirts in class 025. |
| 2,538,565 |  | For: eyewear; namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,504,948 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, pendants, brooches, cuff links, tie fasteners, key rings made of precious metals and watch bracelets in class 014. |
| 4,648,016 |  | For: phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases in class 009. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,657,375 | | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets, garment bags and luggage in class 018. |
| 2,954,539 | CH | For: jewelry, namely, bracelets, necklaces, rings, earrings, pendants, cuff links and watch bracelets in class 014. |
| 3,770,379 | CH | For: eyewear; namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,877,137 | CH | For: clothing; namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, coats, jackets, hats, socks, underwear and footwear in class 025. |
| 3,937,133 | CH | For: jewelry; namely, rings, earrings, necklaces, bracelets, pendants, cuff links, dog tags for wear by humans for decorative purposes and watch bracelets in class 014. |
| 3,365,408 | | For: retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen, and toys in class 035. |
| 3,385,449 | | For jewelry, namely, bracelets, rings, watch bands, necklaces, and lighters made of precious metals in class 014. |
| 3,388,911 | | For clothing, namely, tee shirts, shirts, tank tops, sweatshirts, sweat pants, sweaters, and hats in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,731,400 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,743,975 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |
| 4,809,639 |  | For: paper goods, namely, post cards, stationery, tissue paper, gift boxes and printed matter, namely, magazines featuring information about fashion in class 016. |
| 3,605,854 |  | For: bags, namely, handbags, shoulder bags, clutches, tote bags, wallets, back packs and luggage in class 018. |
| 3,605,860 |  | For: jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals in class 014. |
| 3,606,059 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, coats and hats in class 025. |
| 3,731,397 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,501,775 |  | For: retail store services in the field of general merchandise, namely, clothing, clothing accessories, jewelry, handbags, fragrances, personal leather goods, luggage, toys, and smoking articles in class 035. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | |
| 4,783,129 |  | For: paper goods, namely, post cards, stationery, tissue paper, gift boxes and printed matter, namely, magazines featuring information about fashion in class 016. |
| 3,267,866 |  | For: clothing, namely, tee shirts, shirts, jackets, tank tops, sweaters, hats and sweatshirts in class 025. |
| 3,731,401 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,494,781 |  | For: bags, namely, shoulder bags, handbags, messenger bags, back packs, clutches, evening bags, wallets, duffel bags, luggage in class 018. |
| 4,494,841 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, pendants, cuff links, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 3,385,415 |  | For: jewelry, namely, bracelets, necklaces, key rings made of precious metals, rings, pendants, watch bracelets in class 014. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,385,416 |  | For: clothing, namely, tee shirts, shirts, sweaters, tank tops, sweatshirts, hats and pants in class 025. |
| 3,388,912 |  | For: clothing, namely, tee shirts, shirts, sweatshirts, tank tops and hats in class 025. |
| 4,616,169 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,619,672 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, pendants, cuff links, cuff bracelets, tie fasteners, key rings made of precious metals, watch bracelets and brooches in class 014. |
| 4,619,673 |  | For: bags, namely, handbags, shoulder bags, back packs, messenger bags, clutches, duffle bags, evening bags, wallets and luggage in class 018. |
| 4,619,674 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, vests, sweaters, jeans, pants, chaps, dresses, skirts, jackets, coats, underwear, swimwear, hats, socks and footwear in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,619,675 |  | For: Smoking articles, namely, cigarette lighters, cases and holders not of precious metals, tobacco pouches, cigar cutters and humidors in class 034. |
| 3,784,392 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,728,357 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,494,945 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, vests, dresses, skirts, jackets, coats, jeans, leather pants, chaps, undergarments, swimwear, hats and footwear in class 025. |
| 4,494,946 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, cuff bracelets, cuff links, brooches, pendants, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 3,731,402 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,494,838 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, tie fasteners, brooches, pendants, cuff links, key rings made of precious metals and watch bracelets in class 014. |
| 4,497,576 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, chaps, skirts, dresses, vests, jackets, coats, swimwear, underwear, hats and footwear in class 025. |
| 5,186,624 |  | For: belt buckles; belt buckles for clothing; zipper pulls; clothing accessories, namely, charms for attachment to zipper pulls and buttons in class 026. |
| 3,388,920 |  | For: clothing, namely, tee shirts, shirts, sweatshirts, jackets and pants in class 025. |
| 3,728,356 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,494,782 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, tie fasteners, cuff links, watch bracelets in class 014. |

11

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,731,403 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,510,024 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, vests, jackets, jeans, leather pants, dresses, skirts, swimwear, undergarments, hats and footwear in class 025. |
| 3,894,026 |  | For: jewelry, namely, rings, earrings, pendants, cuff bracelets, bracelets, necklaces, cuff links, watch bracelets, brooches and dog tags for wear by humans for decorative purposes in class 014. |
| 2,214,641 |  | For: clothing, namely, shirts, tee shirts, pants, jeans, leather jackets, leather vests, leather pants, chaps, coats, gloves, men's and women's underwear, clothing belts and footwear; namely, boots in class 025. |
| 2,214,642 |  | For: bags; namely, shoulder bags, wallets, tote bags, handbags, garment bags and luggage in class 018. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 2,284,625 |  | For: jewelry made wholly or in part of precious metals; namely, bracelets, necklaces, rings, pendants, earrings, key rings, brooches, lapel pins, cuff links, watches and belt buckles made wholly or in part of precious metals in class 014. |
| 4,643,894 |  | For: eyewear, namely, eyeglasses and sunglasses; component parts for all of the aforesaid goods; and cases for eyeglasses and sunglasses in class 009. |
| 3,728,359 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,510,020 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, cuff links, key rings, watch bracelets and tie fasteners in class 014. |
| 4,510,021 |  | For: clothing, namely, shirts, tee shirts, tank tops, sweaters, vests, sweat shirts, sweat pants, jeans, leather pants, chaps, skirts, jackets, dresses, undergarments, hats, swimwear and footwear in class 025. |
| 4,643,872 |  | For: bags, namely, shoulder bags, wallets, tote bags, handbags, evening bags, clutches, messenger bags, back packs, duffle bags, garment bags for travel and luggage in class 018. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,385,439 |  | For: clothing, namely, tee shirts, shirts, sweatshirts and hats in class 025. |
| 3,828,365 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweaters, jackets, lingerie and hats in class 025. |
| 3,831,922 |  | For: bags, namely, hand bags, shoulder bags, messenger bags, back packs, duffle bags, clutches, evening bags, wallets and luggage in class 018. |
| 3,882,533 |  | For: jewelry, namely, rings, earrings, pendants, necklaces, bracelets, dog tags for wear by humans for decorative purposes, and cuff links in class 014. |
| 3,658,047 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |
| 4,510,022 |  | For: bags, namely, handbags, shoulder bags, messenger bags, clutches, evening bags, tote bags, duffel bags, wallets and luggage in class 018. |
| 3,605,968 |  | For: men's and women's clothing, namely, pants, jeans and chaps in class 025. |

14

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,637,806 |  | For: bags, namely, handbags, shoulder bags, back packs, messenger bags, clutches, wallets and luggage in class 018. |
| 3,873,570 |  | For: belt buckles for clothing in class 026. |
| 3,873,571 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, vests, jackets, coats, pants, jeans and hats in class 025. |
| 4,497,539 |  | For: eyewear, namely, sunglasses, eyeglasses and their cases in class 009. |
| 3,388,913 |  | For: clothing, namely, tee shirts, shirts, tank tops and sweatshirts in class 025. |
| 4,439,515 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, pendants, cuff links, cuff bracelets, key rings made of precious metals and watch bracelets in class 014. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,501,509 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, vests, sweaters, sweat pants, jeans, leather pants, chaps, skirts, dresses, jackets, coats, swimwear, hats, undergarments and footwear in class 025. |
| 4,494,842 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, pendants, cuff links, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 4,494,843 |  | For: clothing, namely, shirts, tee shirts, tank tops, sweaters, sweat shirts, sweat pants, dresses, skirts, jackets, coats, jeans, vests, leather pants, chaps, swimwear, underwear, hats and footwear in class 025. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the CHROME HEARTS Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Chrome Hearts product or not authorized by Chrome Hearts to be sold in connection with the CHROME HEARTS Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Chrome Hearts product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the CHROME HEARTS Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Chrome Hearts' trademarks, including the CHROME HEARTS Trademarks, or any reproductions, counterfeit copies or colorable imitations.

17

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

    a. transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate.com ("DHgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could

continue to sell counterfeit and infringing goods using the CHROME HEARTS Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CHROME HEARTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Chrome Hearts product or not authorized by Plaintiff to be sold in connection with the CHROME HEARTS Trademarks.

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CHROME HEARTS Trademarks.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand U.S. dollars ($500,000) for willful use of counterfeit CHROME HEARTS Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including eBay, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHagte, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to

Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

7.  All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including eBay, PayPal, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8.  Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9.  In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Mario Lejtman and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

Dated: November 18, 2022

Ronald A. Guzman
United States District Judge

**Chrome Hearts LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-04487**

# Schedule A
# Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | aliexpress.com/store/911788969 | Beautiful expectation Store |
| 2 | aliexpress.com/store/1102028267 | da xing Store |
| 3 | aliexpress.com/store/1101787056 | DILIAN Store |
| 4 | aliexpress.com/store/1101833877 | EBEVER&BEAUTY YiuKai Store |
| 5 | aliexpress.com/store/1101309230 | Extraordinary Store |
| 6 | aliexpress.com/store/1101368667 | Fardrew Store |
| 7 | aliexpress.com/store/1101770125 | FMILY Store |
| 8 | aliexpress.com/store/1101753498 | Hgh-Quality-Official Store |
| 9 | aliexpress.com/store/1100174080 | High Street 04 Store |
| 10 | aliexpress.com/store/1101806529 | HiYouMi Handmade Store |
| 11 | aliexpress.com/store/1101605066 | Jinzhi trading co., ltd Store |
| 12 | aliexpress.com/store/1101564142 | kirra's Store |
| 13 | aliexpress.com/store/1102018459 | Mikaro Store |
| 14 | aliexpress.com/store/912502812 | MISSLIN Store |
| 15 | aliexpress.com/store/1100285082 | New Hope Second Store |
| 16 | aliexpress.com/store/1100170161 | New Hope Store |
| 17 | aliexpress.com/store/1102151034 | New Hope Third Store |
| 18 | aliexpress.com/store/1101830549 | QS Silver Jewelry Store |
| 19 | aliexpress.com/store/1101803645 | RingKing Store |
| 20 | aliexpress.com/store/4501010 | SHILI RIVER Official Store |
| 21 | aliexpress.com/store/1100182005 | Shop1100182005 Store |
| 22 | aliexpress.com/store/1100957157 | Shop1460089 Store |
| 23 | aliexpress.com/store/1101942232 | Shop912625387 Store |
| 24 | aliexpress.com/store/1100213231 | streetwear 2 Store |
| 25 | aliexpress.com/store/1102024741 | Sunny Girl jewelry Store |
| 26 | aliexpress.com/store/1102037974 | TOMY Department Store |
| 27 | aliexpress.com/store/1101565393 | TWTS Store |
| 28 | aliexpress.com/store/912681068 | xiaxiababy Store |
| 29 | aliexpress.com/store/1101728544 | ykangs Store |
| 30 | aliexpress.com/store/910331290 | YOU MUST BE RICH Store |
| 31 | amazon.com/sp?seller=A1NE2PZCAY8UV6 | A1NE2PZCAY8UV6 |
| 32 | amazon.com/sp?seller=A358BEU4DM5IF0 | A358BEU4DM5IF0 |
| 33 | DISMISSED | DISMISSED |
| 34 | amazon.com/sp?seller=A2HKA829G40WHQ | Adecors |
| 35 | amazon.com/sp?seller=A2VPUQZVUWK133 | Aevoule |
| 36 | DISMISSED | DISMISSED |

| 37 | amazon.com/sp?seller=ABULRK6F9TGFW | Albosss |
| 38 | amazon.com/sp?seller=A1CWSJR0P0EJXW | animacoser |
| 39 | amazon.com/sp?seller=A1VB8ZYJRS2S9I | Aovie |
| 40 | amazon.com/sp?seller=A2TCQ9OT8DPAHG | ARNOETOS |
| 41 | DISMISSED | DISMISSED |
| 42 | amazon.com/sp?seller=A1WX6CGLJ9FOGZ | Auzztty |
| 43 | amazon.com/sp?seller=A3U40DKCZ05OZV | beilixianwangluokeji |
| 44 | DISMISSED | DISMISSED |
| 45 | DISMISSED | DISMISSED |
| 46 | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED |
| 49 | EXCEPTED | EXCEPTED |
| 50 | DISMISSED | DISMISSED |
| 51 | amazon.com/sp?seller=AFUHBQBL8R6OE | Changsha City Man-huang Trade Co., Ltd. |
| 52 | amazon.com/sp?seller=A2NSVVG6R7W4JA | Changsha Liuyang Zhike Electronic Commerce Co., Lt |
| 53 | amazon.com/sp?seller=A19V9X5Y0H7438 | Changtai Shop |
| 54 | DISMISSED | DISMISSED |
| 55 | amazon.com/sp?seller=A3IGVPPQB1YV1S | chengduqinyuxinqinwangluokejiyouxiangongsi1 |
| 56 | DISMISSED | DISMISSED |
| 57 | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED |
| 59 | amazon.com/sp?seller=A1QGLTQ2F8ZH7F | DongShanXianJiaDongShangMaoYouXianGongSi |
| 60 | amazon.com/sp?seller=A33CR8AZBRP2XT | DreamHouseDirect |
| 61 | DISMISSED | DISMISSED |
| 62 | DISMISSED | DISMISSED |
| 63 | DISMISSED | DISMISSED |
| 64 | DISMISSED | DISMISSED |
| 65 | amazon.com/sp?seller=A1NDVMN611RBD6 | fuqingshijiangyinyanyingjiezixingcheshanghang |
| 66 | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED |
| 69 | amazon.com/sp?seller=A3A3MQMZC7SWVU | HaomiaoXingchen |
| 70 | amazon.com/sp?seller=A1YYXC1PV0DEEQ | Henan Raoge Trading Co. LTD |
| 71 | amazon.com/sp?seller=AAPW1X1E25S8L | Henanliaozhengmaoyiyouxiangongsi |
| 72 | amazon.com/sp?seller=A2TX89WODKG6NZ | Hezhiqikeji |
| 73 | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |

| 77 | DISMISSED | DISMISSED |
|---|---|---|
| 78 | amazon.com/sp?seller=AU2VFS9UK17B0 | Juneen |
| 79 | DISMISSED | DISMISSED |
| 80 | DISMISSED | DISMISSED |
| 81 | amazon.com/sp?seller=A18KNSC53NE09L | KUANSHENG |
| 82 | DISMISSED | DISMISSED |
| 83 | DISMISSED | DISMISSED |
| 84 | amazon.com/sp?seller=A2O4JMRRH2XAJG | LGF supermarket |
| 85 | DISMISSED | DISMISSED |
| 86 | amazon.com/sp?seller=A32MKK87I06GKU | Likada Direct |
| 87 | amazon.com/sp?seller=A3HUC2FXMHTYB | lingbang |
| 88 | amazon.com/sp?seller=A26BLNG0HOF510 | LJinHengAMZUCM |
| 89 | DISMISSED | DISMISSED |
| 90 | amazon.com/sp?seller=AABFKWZ0TOOMN | LuckYuki |
| 91 | DISMISSED | DISMISSED |
| 92 | amazon.com/sp?seller=A3IFI4DJR2OXNN | lzsmgs1 |
| 93 | amazon.com/sp?seller=A3RORUCM46PNML | Manfei-Boutique |
| 94 | DISMISSED | DISMISSED |
| 95 | DISMISSED | DISMISSED |
| 96 | DISMISSED | DISMISSED |
| 97 | DISMISSED | DISMISSED |
| 98 | amazon.com/sp?seller=A2TMZXHH2P3ECL | New Central Store |
| 99 | DISMISSED | DISMISSED |
| 100 | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED |
| 102 | amazon.com/sp?seller=AYUZG4JURKIF | QianJiangShiChenMinShangMaoYouXianGongSi |
| 103 | DISMISSED | DISMISSED |
| 104 | amazon.com/sp?seller=A192UPUWMJJAVM | Qimeiya |
| 105 | amazon.com/sp?seller=AODIKSLRG8H00 | Qing Sun Co.,Ltd |
| 106 | amazon.com/sp?seller=A1X6MYC1Y9PT4Y | RFSGKWQ TECH |
| 107 | amazon.com/sp?seller=A6I5OGFCWL5J0 | shenannadedian |
| 108 | DISMISSED | DISMISSED |
| 109 | amazon.com/sp?seller=AGISAO3PCEGYP | SMANTA. |
| 110 | DISMISSED | DISMISSED |
| 111 | amazon.com/sp?seller=AR257MPU311BX | TTMMAA |
| 112 | DISMISSED | DISMISSED |
| 113 | DISMISSED | DISMISSED |
| 114 | DISMISSED | DISMISSED |
| 115 | DISMISSED | DISMISSED |
| 116 | amazon.com/sp?seller=A2GA1L8BI249E2 | Vibkow-US |
| 117 | amazon.com/sp?seller=A3R7KGHAVSFB7L | VIVIY-USA |

| 118 | amazon.com/sp?seller=A2M70J6WU9RY5J | Vonluxyi |
|-----|-------------------------------------|----------|
| 119 | DISMISSED | DISMISSED |
| 120 | DISMISSED | DISMISSED |
| 121 | amazon.com/sp?seller=ABPA5R7T7LP96 | XMKJ-GZF |
| 122 | amazon.com/sp?seller=ACQY9SL9ZUUTZ | XZXI-US |
| 123 | DISMISSED | DISMISSED |
| 124 | DISMISSED | DISMISSED |
| 125 | DISMISSED | DISMISSED |
| 126 | DISMISSED | DISMISSED |
| 127 | amazon.com/sp?seller=A11X18NFG0ZTT | zhaoaiguo002 |
| 128 | DISMISSED | DISMISSED |
| 129 | amazon.com/sp?seller=A1VFCT5BUB3SVV | ZY Store-US |
| 130 | dhgate.com/store/20325357 | adidas_Wholesale Store |
| 131 | dhgate.com/store/21718219 | baby_to Store |
| 132 | dhgate.com/store/21596926 | buycheapsy Store |
| 133 | dhgate.com/store/21723007 | carters1 Store |
| 134 | dhgate.com/store/21771071 | clothingamir Store |
| 135 | dhgate.com/store/20724004 | clothingline Store |
| 136 | dhgate.com/store/21768750 | clothniux Store |
| 137 | dhgate.com/store/21592435 | clothshengwens Store |
| 138 | dhgate.com/store/21779994 | cninga Store |
| 139 | dhgate.com/store/21779996 | cningb Store |
| 140 | dhgate.com/store/21611730 | dhgatejing Store |
| 141 | dhgate.com/store/21726167 | dhituoxigate Store |
| 142 | dhgate.com/store/21663556 | fengliaoshop Store |
| 143 | dhgate.com/store/21500491 | frae Store |
| 144 | dhgate.com/store/21754743 | gcdscloth Store |
| 145 | dhgate.com/store/21695048 | gogoclothes Store |
| 146 | dhgate.com/store/21762650 | ioctopus Store |
| 147 | dhgate.com/store/21723760 | jjduns Store |
| 148 | dhgate.com/store/21758000 | newyeargan Store |
| 149 | dhgate.com/store/21704951 | offdhwhite Store |
| 150 | dhgate.com/store/21751357 | wuling50 Store |

## Defendant Domain Names

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| 151 | chromeforever.com | chromeforever.com |
| 152 | chromeforever.co | chromeforever.co |
| 153 | chromegarden.shop | chromegarden.shop |
| 154 | chromeheartshop.net | chromeheartshop.net |

| 155 | survivalsource.store | survivalsource.store |
|-----|---------------------|---------------------|
| 156 | chrome-garden.com | chrome-garden.com |